FILED
CLERKS OFFICE

2005 MAR 16  P 2: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, Secretary of Labor,      *
 United States Department of Labor,      *
                                         *
         Plaintiff,                      *
                                         *
                                         *     CIVIL ACTION
   v.                                    *
                                         *     FILE NO. 04-12661RCL
SYNERGY CAPITAL GROUP, INC.              *
   and DANA CHILES                       *
                                         *
         Defendants.                     *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

### JUDGMENT

Plaintiff having filed a complaint and the defendants having appeared, received a copy thereof, waived service of process and, without admitting liability, consented to the entry of this judgment without contest.

It is, therefore,

ORDERED, ADJUDGED and DECREED that defendants, their agents, servants, employees, and all persons acting or claiming to act in their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of the Fair Labor Standards Act, as amended (29 USC 201 et seq.), hereinafter referred to as the Act, in any of the following manners;

Defendants shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any employees who in any workweek are engaged in commerce or in the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty hours, unless such employee receives compensation for his employment in excess of forty (40) hours at

a rate not less than one and one-half times the regular rate at which he is employed.

Defendants shall not fail to make, keep, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 CFR 516.

Further, the Court finding as agreed to by the defendants that employees are due compensation in the amount of $30,347.49 and liquidated damages in the amount of $6,069.51 as shown on attached "Exhibit A" which is incorporated in and made a part hereof, it is

ORDERED, ADJUDGED and DECREED that the defendants are restrained from withholding payment of said compensation.

The defendants represent that they been in compliance with the Act since June 19, 2004. In resolving the amount of back wages in this judgment, the plaintiff has relied on this representation, and, accordingly, the back wage provision of this judgment shall have no effect upon any back wages which may have accrued since that date.

The back-wage provisions of this judgment shall be deemed satisfied when on or before May 2, 2005 the defendants deliver to the persons listed in "Exhibit A" attached hereto the respective sums set opposite their names, less deductions for each employee's share of social security and withholding taxes.

The defendants shall further provide plaintiff with a copy of the payroll or a copy of the checks used to disburse the back wages and a statement attesting to the fact that such payment has been made.

The net amount of any back wages and liquidated damages which cannot be distributed to the employees named in "Exhibit A", or to their estates if that be necessary because of inability of the parties to locate the proper persons, or because of such person's refusal to accept such sums, shall be forwarded to plaintiff by means of a single check made payable to "Wage and Hour Division - Labor". An accounting statement showing the corresponding gross amounts and deductions relating to such payment shall also be forwarded to plaintiff at the same time. When

recovered wages and liquidated damages have not been claimed by the employee within three years, the Secretary of Labor shall deposit such money into the United States Treasury as miscellaneous receipts pursuant to 29 USC §216( c ).

Defendants shall not, under any circumstances, accept and keep any amount returned to them by a person owed compensation under this judgment. Any such amount shall be immediately paid to the plaintiff as above.

It is further ORDERED, ADJUDGED and DECREED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

Dated_____2005.

_____
United States District Judge

Defendants hereby consent to
the entry of this judgment.

By _/s/ Thomas J. Filipek_
Thomas J. Filipek
Attorney for Defendants
BBO# 164910
274 Broadway
Taunton, MA  02780
(508) 822-1988

Plaintiff moves for entry of
This judgment:

Howard M. Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

_/s/_
John S. Casler
Deputy Regional Solicitor
BBO#078060

U.S. Department of Labor
Attorneys for Plaintiff

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division "SOLICITOR'S OFFICE"



| (Office Address) | Taunton MA Area Office<br>US Dept. of Labor, ESA, Wage & Hour Div<br>17 Broadway<br>Room 308<br>Taunton, MA 02780-<br>508-821-9106 | Investigator:<br>Joan Daly    2005 FEB 22  AM 11: 22 | Date:<br>02/18/2005 |
|---|---|---|---|
| | | Employer Fed Tax ID Number    04-3530429 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 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<br>Megan Alden | 144 Pleasant St.<br>Raynham Center, MA 02768 | 06/19/2004<br>to   06/19/2004 | 1 | $40.40 |
| 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<br>Kevin Allen | 6 Wilson St.<br>Taunton, MA 02780 | 08/03/2002<br>to   06/19/2004 | 1 | $3,417.83 |
| 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<br>Jenny Andrade | 78 Paul Bunker Dr.<br>Taunton, MA 02780 | 08/10/2002<br>to   03/08/2003 | 1 | $3,315.01 |
| 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<br>Ted Barnes | 34 Herman St.<br>Fall River, MA 02720 | 12/14/2002<br>to   06/12/2004 | 1 | $2,710.16 |
| 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<br>Terence Blea | 8 Colonel Bell Dr. #16<br>Brockton, MA 02301 | 09/13/2003<br>to   10/04/2003 | 1 | $205.96 |
| 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<br>Michael Dumont | 4 Chipaway Ln.<br>East Freetown, MA 02717 | 08/03/2002<br>to   12/07/2002 | 1 | $382.84 |
| 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<br>Bruce Garcia | 24 Adams St.<br>Taunton, MA 02780 | 10/25/2003<br>to   06/19/2004 | 1 | $1,495.67 |
| 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<br>James Hill | 24 Fairway Ln.<br>Norton, MA 02766 | 05/10/2003<br>to   07/26/2003 | 1 | $278.25 |
| 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<br>Lawrence Hunter | 341 Bay St.<br>Taunton, MA 02780 | 11/23/2002<br>to   02/01/2003 | 1 | $430.00 |
| 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<br>Christina MacLaren | 119 Hall St.<br>Raynham, MA 02767 | 06/07/2003<br>to   12/27/2003 | 1 | $1,629.59 |
| 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<br>Crystal Miozza | 1261 Church St. #70<br>New Bedford, MA 02745 | 04/17/2004<br>to   06/19/2004 | 1 | $71.75 |
| 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<br>Jillyan Ramos | 14 Jennifer Ln.<br>Lakeville, MA 02347 | 06/21/2003<br>to   09/20/2003 | 1 | $57.80 |
| 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<br>Rosemary Robinson | 50 Terrianne Dr.<br>Taunton, MA 02780 | 03/29/2003<br>to   03/20/2004 | 1 | $10,853.43 |
| 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<br>Corinne Rodrigues | 32 Gardner Ave.<br>Swansea, MA 02777 | 11/16/2002<br>to   07/05/2003 | 1 | $2,782.84 |
| 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<br>Philip Sampson | 311 Union St.<br>Fall River, MA 02722 | 01/11/2003<br>to   04/03/2004 | 1 | $326.25 |
| Henry Santos | 46 Orange St.<br>Fall River, MA 02720 | 09/28/2002<br>to   11/30/2002 | 1 | $1,555.28 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Employer Name and Address:<br><br>Synergy Capital Group<br>Synergy Capital Group, Inc.<br>274 Broadway<br><br>Taunton, MA 02780 | TOTAL | $30,347.49 |
|---|---|---|---|

\* Column 4-Code
FLSA  1
PCA   2
SCA   3
DBRA  4
CWHSSA 5
CCPA  6
FMLA  7

Form WH-56

Date: 02/18/2005 9:53:32 AM          Case ID: 1367149                    Page 1

EXHIBIT "A" (Page 1 of 4)

| Summary of Unpaid Wages | | U.S. Department of Labor<br>Employment Standards Administration<br>Wage and Hour Division | |  |

| (Office Address) | Taunton MA Area Office<br>US Dept. of Labor, ESA, Wage & Hour Div<br>17 Broadway<br>Room 308<br>Taunton, MA  02780-<br>508-821-9106 | Investigator:<br>*Joan Daly* | Date:<br>*02/18/2005* |
|---|---|---|---|
| | | Employer Fed Tax ID Number   **04-3530429** | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 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<br>Richard Smith | 44 Almada St.<br>Westport, MA  02790 | 11/16/2002<br>to    12/21/2002 | 1 | $48.75 |
| 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<br>Latisha Stone | 32 Gardner Ave.<br>Swansea, MA  02777 | 08/10/2002<br>to    12/21/2002 | 1 | $164.51 |
| 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<br>Rita Teixeira | 423 Pine Grove Dr.<br>Brockton, MA  02301 | 12/06/2003<br>to    01/24/2004 | 1 | $525.78 |
| 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<br>Michelle Tellia | 653 Park St.<br>Stoughton, MA  02072 | 02/07/2004<br>to    04/03/2004 | 1 | $55.39 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Employer Name and Address:<br>**Synergy Capital Group**<br>**Synergy Capital Group, Inc.**<br>**274 Broadway**<br><br>**Taunton, MA  02780** | TOTAL | $30,347.49 |
|---|---|---|---|
| | | | * Column 4-Code<br>FLSA    1<br>PCA      2<br>SCA      3<br>DBRA    4<br>CWHSSA  5<br>CCPA    6<br>FMLA    7 |

Form WH-56

Date: 02/18/2005 9:53:36 AM          Case ID:  1367149                                   Page 2

EXHIBIT "A"  (Page 2 of 4)

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

"SOLICITOR'S OFFICE"

2005 FEB 22 AM 11: 22

(Office Address) Taunton MA Area Office
US Dept. of Labor, ESA, Wage & Hour Div
17 Broadway
Room 308
Taunton, MA 02780-
508-821-9106

Investigator: Joan Daly

Date: 02/18/2005

Employer Fed Tax ID Number: 04-3530429

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Liquidated Damages |
|---|---|---|---|---|
| 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<br>Megan Alden | 144 Pleasant St.<br>Raynham Center, MA 02768 | 06/19/2004<br>to 06/19/2004 | 1 | $8.08 |
| 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<br>Kevin Allen | 6 Wilson St.<br>Taunton, MA 02780 | 08/03/2002<br>to 06/19/2004 | 1 | $683.57 |
| 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<br>Jenny Andrade | 78 Paul Bunker Dr.<br>Taunton, MA 02780 | 08/10/2002<br>to 03/08/2003 | 1 | $663.00 |
| 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<br>Ted Barnes | 34 Herman St.<br>Fall River, MA 02720 | 12/14/2002<br>to 06/12/2004 | 1 | $542.03 |
| 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<br>Terence Blea | 8 Colonel Bell Dr. #16<br>Brockton, MA 02301 | 09/13/2003<br>to 10/04/2003 | 1 | $41.19 |
| 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<br>Michael Dumont | 4 Chipaway Ln.<br>East Freetown, MA 02717 | 08/03/2002<br>to 12/07/2002 | 1 | $76.57 |
| 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<br>Bruce Garcia | 24 Adams St.<br>Taunton, MA 02780 | 10/25/2003<br>to 06/19/2004 | 1 | $299.13 |
| 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<br>James Hill | 24 Fairway Ln.<br>Norton, MA 02766 | 05/10/2003<br>to 07/26/2003 | 1 | $55.65 |
| 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<br>Lawrence Hunter | 341 Bay St.<br>Taunton, MA 02780 | 11/23/2002<br>to 02/01/2003 | 1 | $86.00 |
| 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<br>Christina MacLaren | 119 Hall St.<br>Raynham, MA 02767 | 06/07/2003<br>to 12/27/2003 | 1 | $325.92 |
| 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<br>Crystal Miozza | 1261 Church St. #70<br>New Bedford, MA 02745 | 04/17/2004<br>to 06/19/2004 | 1 | $14.35 |
| 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<br>Jillyan Ramos | 14 Jennifer Ln.<br>Lakeville, MA 02347 | 06/21/2003<br>to 09/20/2003 | 1 | $11.56 |
| 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<br>Rosemary Robinson | 50 Terrianne Dr.<br>Taunton, MA 02780 | 03/29/2003<br>to 03/20/2004 | 1 | $2,170.69 |
| 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<br>Corinne Rodrigues | 32 Gardner Ave.<br>Swansea, MA 02777 | 11/16/2002<br>to 07/05/2003 | 1 | $556.57 |
| 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<br>Philip Sampson | 311 Union St.<br>Fall River, MA 02722 | 01/11/2003<br>to 04/03/2004 | 1 | $65.25 |
| Henry Santos | 46 Orange St.<br>Fall River, MA 02720 | 09/28/2002<br>to 11/30/2002 | 1 | $311.06 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: _____

Employer Name and Address:

**Synergy Capital Group**
Synergy Capital Group, Inc.
274 Broadway

Taunton, MA 02780

TOTAL    $6,069.51

* Column 4-Code
FLSA    1
PCA     2
SCA     3
DBRA    4
CWHSSA  5
CCPA    6
FMLA    7

Form WH-56

Date: 02/18/2005 10:14:53 AM       Case ID: 1367149       Page 1

EXHIBIT "A" (Page 3 of 4)

| Summary of Unpaid Wages | | U.S. Department of Labor<br>Employment Standards Administration<br>Wage and Hour Division | |  |
|---|---|---|---|---|

| (Office Address) | Taunton MA Area Office<br>US Dept. of Labor, ESA, Wage & Hour Div<br>17 Broadway<br>Room 308<br>Taunton, MA 02780-<br>508-821-9106 | Investigator:<br>*Joan Daly* | Date:<br>*02/18/2005* |
|---|---|---|---|
| | | Employer Fed Tax ID Number  *04-3530429* | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Liquidated Damages |
|---|---|---|---|---|
| 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<br>Richard Smith | 44 Almada St.<br>Westport, MA 02790 | 11/16/2002<br>to   12/21/2002 | 1 | $9.75 |
| 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<br>Latisha Stone | 32 Gardner Ave.<br>Swansea, MA 02777 | 08/10/2002<br>to   12/21/2002 | 1 | $32.90 |
| 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<br>Rita Teixeira | 423 Pine Grove Dr.<br>Brockton, MA 02301 | 12/06/2003<br>to   01/24/2004 | 1 | $105.16 |
| 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<br>Michelle Tellia | 653 Park St.<br>Stoughton, MA 02072 | 02/07/2004<br>to   04/03/2004 | 1 | $11.08 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Employer Name and Address:<br><br>**Synergy Capital Group**<br>**Synergy Capital Group, Inc.**<br>**274 Broadway**<br><br>**Taunton, MA 02780** | TOTAL | $6,069.51 |
|---|---|---|---|
| | | | * Column 4-Code<br>FLSA   1<br>PCA    2<br>SCA    3<br>DBRA   4<br>CWHSSA 5<br>CCPA   6<br>FMLA   7 |

Form WH-56

Date: 02/18/2005 10:14:56 AM          Case ID: 1367149          Page 2

EXHIBIT "A" (Page 4 of 4)